UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SPASOJEVIC, MILORAD | § | Case No. 10-08408 ERW |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GUS A. PALOIAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE COURT
        UNITED STATE BANKRUPTCY COURT
        219 S. DEARBORN STREET
        CHICAGO, IL  60606

    Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged, and the United State Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at:   10:00 A.M. ON WEDNESDAY, JULY 13, 2011

        United States Bankruptcy Court
        COURTROOM 744
        219 S. Dearborn Street
        Chicago, IL  60606

Date Mailed: _____        By: Gus A. Paloian, Trustee_____

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
SPASOJEVIC, MILORAD § Case No. 10-08408 ERW
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,501.49 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,501.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GUS A. PALOIAN, TRUSTEE | $ 1,500.12 | $ 0.00 | $ 1,500.12 |
| Attorney for Trustee Fees: SEYFARTH SHAW | $ 3,591.00 | $ 0.00 | $ 3,591.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,091.12 |
| Remaining Balance | | $ | 2,410.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,681.04  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 11,742.16 | $ 0.00 | $ 1,195.08 |
| 000002 | Chase Bank USA, N.A. | $ 11,938.88 | $ 0.00 | $ 1,215.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,410.18 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Gus A. Paloian, Trustee

*GUS A. PALOIAN, TRUSTEE*
*131 S. DEARBORN*
*SUITE 2400*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-08408-ERW
Milorad Spasojevic                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: ccabrales        Page 1 of 2        Date Rcvd: Jun 13, 2011
                            Form ID: pdf006        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2011.
```
db          +Milorad Spasojevic,   5721 W Warren,   Morton Grove, IL 60053-3561
aty         +John Nasiakos,   7101 N Cicero,   Lincolnwood, IL 60712-2112
aty         +Ryan Pinkston,   Seyfarth Shaw LLP,   131 South Dearborn Street, Suite 2400,
              Chicago, IL 60603-5863
aty         +Seyfarth Shaw LLP,   131 S Dearborn Street,   Suite 2400,   Chicago, IL 60603-5863
tr          +Gus A Paloian,   Seyfarth, Shaw, Et Al,   131 South Dearborn Street,   Suite 2400,
              Chicago, IL 60603-5863
15179155    +Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
15179156    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
15179158    +Bank One,   N54 W 13600 Woodale Drive,   Mennomonee, WI 53051-7026
15179157    +Bank One,   Po Box 71,   Phoenix, AZ 85001-0071
15179159    +Capital One, N.A.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
15179160    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15179161    +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
15894216     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15179162    +Dicssg/Gemb,   Po Box 981474,   El Paso, TX 79998-1474
15179164    +G M A C,   15303 S 94th Ave,   Orland Park, IL 60462-3825
15179166   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,   Po Box 52530,   Carol Stream, IL 60196)
15179167   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
15179168    +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
15179169    +Hsbc/Mnrds,   90 Christiana Road,   New Castle, DE 19720-3118
15179172    +Sears/Cbsd,   701 East 60th St N Po Box 6241,   Sioux Falls, SD 57117-6241
15179173     Target Nb,   C/O Target Credit Services,   Minneapolis, MN 55440-0673
15179174    +Thd/Cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
15179175    +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15179176    +Wfnnb/Roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15179154    +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:06     Abt Tv/Gemb,   Po Box 981439,
              El Paso, TX 79998-1439
15850090     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2011 00:08:56     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15179163    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2011 00:08:56     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
15179165    +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:06     Gemb/Old Navy,   Po Box 981400,
              El Paso, TX 79998-1400
15179170    +E-mail/Text: ebnsterling@weltman.com Jun 13 2011 23:18:16     Kay Jewelers,   375 Ghent Rd,
              Akron, OH 44333-4600
15179171    +E-mail/Text: bankrup@nicor.com Jun 13 2011 23:16:44     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: ccabrales             Page 2 of 2                   Date Rcvd: Jun 13, 2011
                               Form ID: pdf006             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**              **Signature:**        /s/ Joseph Speetjens