UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
SPASOJEVIC, MILORAD § Case No. 10-08408
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  GUS A. PALOIAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GUS A. PALOIAN, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| SEYFARTH SHAW | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abt Tv/Gemb Po Box 981439 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank One N54 W 13600 Woodale Drive Mennomonee, WI 53051 | | | | | |
| | Bank One Po Box 71 Phoenix, AZ 85001 | | | | | |
| | Bank One Po Box 71 Phoenix, AZ 85001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | | | | |
| | Dickssg/Gemb Po Box 981474 El Paso, TX 79998 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | G M A C 15303 S 94th Ave Orland Park, IL 60462 | | | | | |
| | G M A C 15303 S 94th Ave Orland Park, IL 60462 | | | | | |
| | Gemb/Old Navy Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Mnrds 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Kay Jewelers 375 Ghent Rd Akron, OH 44333 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Sears/Cbsd 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Target Nb C/O Target Credit Services Minneapolis, MN 55440-0673 | | | | | |
| | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Wfnnb/Roomplace Po Box 2974 Shawnee Mission, KS 66201 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-08408 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SPASOJEVIC, MILORAD | | | | Date Filed (f) or Converted (c): | 02/27/10 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/10 |
| For Period Ending: | 10/31/11 | (4th reporting period for this case) | | | Claims Bar Date: | 10/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE BANK | 300.00 | 0.00 | DA | 0.00 | FA |
| 2. ABT ELECTRONICS DHSW RETIREMENT PLAN | 6,306.76 | 0.00 | DA | 0.00 | FA |
| 3. 2003 YUKON DENALI | 9,300.00 | 2,500.00 | | 2,500.00 | FA |
| 4. BOAT TRAILER 1997 EAGLE | 380.00 | 0.00 | DA | 0.00 | FA |
| 5. BAJA 180 ISLANDER IN STORAGE ANTIOCH IL | 5,945.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.64 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $22,231.76   $7,500.00   $7,501.64   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report was filed on June 10, 2011. Final Account will be submitted to U.S. Trustee's Office on or before February 29, 2012.

Initial Projected Date of Final Report (TFR): 04/16/10    Current Projected Date of Final Report (TFR): 03/31/11

LFORM1    Ver: 16.05b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08408 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SPASOJEVIC, MILORAD | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | Account Number / CD #: | *******4400  BofA Money Market |
| Taxpayer ID No: | *******5503 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/10 | 5 | GORDAN MILOJEVIC | SALE OF PERSONAL PROPERTY | 1129-000 | 5,000.00 | | 5,000.00 |
| | | | Sale of Boat - Baja, 1997, 180 Islander | | | | |
| 07/09/10 | 3 | MILORAD SPASOJEVIC | SALE OF PERSONAL PROPERTY | 1129-000 | 2,500.00 | | 7,500.00 |
| | | | Debtor purchased equity interest in Car - GMC Yukon 2003 | | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 7,500.10 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 7,500.30 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,500.48 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,500.67 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,500.86 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,501.05 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,501.24 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,501.30 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,501.36 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,501.42 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,501.49 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,501.55 |
| 07/13/11 | 000201 | SEYFARTH SHAW | ATTORNEY FEES & EXPENSES | 3110-000 | | 3,375.10 | 4,126.45 |
| | | | Final compensation of fees as entered by Court Order on 7/13/11. | | | | |
| 07/13/11 | 000202 | Gus A. Paloian, Trustee | TRUSTEE COMPENSATION | 2100-000 | | 1,500.12 | 2,626.33 |
| | | 131 S. DEARBORN STREET | Final compensation of fees for Chapter 7 Trustee | | | | |
| | | SUITE 2400 | | | | | |
| | | CHICAGO, ILLINOIS 60603 | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 2,626.37 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,626.39 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,626.41 |
| 10/04/11 | 000203 | Discover Bank | Claim 000001, Payment 11.09% | 7100-000 | | 1,302.30 | 1,324.11 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |

LFORM2T4   UST Form 101-7-TDR (5/1/2011) (Page: 10)                                                                                                                           Ver: 16.05b

FORM 2        Page: 2    Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08408 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | SPASOJEVIC, MILORAD | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | Account Number / CD #: | *******4400 BofA Money Market |
| Taxpayer ID No: | *******5503 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| 10/04/11 | 000204 | New Albany, OH 43054-3025<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 11.09% | 7100-000 | 1,324.11 | 0.00 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | 0.01 |
| 10/31/11 | | Bank of America, N.A. | Reverse - Bank Service Fee | 2600-000 | 1.79 | 1.80 |
| 10/31/11 | | Bank of America, N.A. | REVERSE INTEREST POSTED IN ERROR | 1270-000 | 0.01 | 1.79 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | 1.79 | 0.00 |

| Account *******4400 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 7,500.00 | 4 | Checks | 7,501.63 |
| | 16 | Interest Postings | 1.64 | 2 | Adjustments Out | 1.80 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 7,501.64 | | | |
| | | | | | Total | $ 7,503.43 |
| | 1 | Adjustments In | 1.79 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 7,503.43 | | | |

LFORM2T4    UST Form 101-7-TDR (5/1/2011) *(Page: 11)*      Ver: 16.05b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08408 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | SPASOJEVIC, MILORAD | Bank Name: | **B OF A /ASSOCIATED BANK |
| | | Account Number / CD #: | *******4400  BofA Money Market |
| Taxpayer ID No: | *******5503 | | |
| For Period Ending: | 10/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |